Maurice T. SHAFFORD, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2008–3124.

United States Court of Appeals, Federal Circuit.

March 25, 2008.

Maurice T. Shafford, pro se.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

Constance R. SPEED, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

United States Postal Service, Intervenor.

No. 2007–3257.

United States Court of Appeals, Federal Circuit.

March 25, 2008.

ON MOTION

*ORDER*

Upon consideration of Constance R. Speed's motion for reconsideration of the court's order dismissing her appeal for failure to file an appendix,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.